**Order entered September 19, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01126-CV

### BRIGETTA D'OLIVIO, Appellant

### V.

### ERHARD HERMUS, Appellee

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-14449

## ORDER

Before the Court is appellant's September 16, 2019 motion requesting that this Court not decide this case before she files her reply brief. *See* TEX. R. APP. P. 38.3. We **GRANT** the motion. Appellant's reply brief is due **September 30, 2019.** *See id*. 4.1(a); 38.6(c).

/s/  BILL WHITEHILL
    JUSTICE